United States District Court
Southern District of Texas
**ENTERED**
August 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HECTOR IGNACIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-345 |
| | § | |
| PROCOLLECT, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 23, 2024, plaintiff Hector Ignacio and defendant Trans Union LLC filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 35.

Accordingly, it is hereby **ORDERED** that all claims asserted by Ignacio against Trans Union LLC in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions between these two parties are denied as moot.

Signed on Galveston Island this 26th day of August, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE