United States District Court
Southern District of Texas
**ENTERED**
September 06, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| HECTOR IGNACIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-345 |
| | § | |
| PROCOLLECT, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Hector Ignacio and ProCollect, Inc., have advised the court that they have reached a settlement. Dkt. 37. Accordingly, the court orders that Ignacio's claims against ProCollect in the above-styled case are dismissed with prejudice to refiling, unless Ignacio or ProCollect represents in a writing filed with the court on or before Monday, November 4, 2024, that the settlement could not be completely documented. If Ignacio and/or ProCollect wishes the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, November 4, 2024.

Signed on Galveston Island this 6th day of September, 2024.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE