United States District Court
Southern District of Texas
**ENTERED**
October 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HECTOR IGNACIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-345 |
| | § | |
| PROCOLLECT, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **STIPULATED DISMISSAL**

The plaintiff has filed three stipulated dismissals with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkts. 39-41. These stipulated dismissals are agreed to by defendants ProCollect, Inc., Equifax Information Services, LLC, and Experian Information Solutions, Inc.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff as to these defendants in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 28th day of October, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE